OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** November 9, 2021   **Time:** 2:30-2:35 = 5 Minutes   **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-01288-EMC   **Case Name:** International Association of Machinist & Aerospace v. SSA Terminals LLC

**Attorney for Plaintiff:** David Rosenfeld
**Attorneys for Defendant:** Jim McMullen, Jonathan Fritts, Joseph Lewis, Eleanor Morton

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Katherine Sullivan

PROCEEDINGS HELD BY ZOOM WEBINAR

Initial Case Management Conference held.

SUMMARY

Parties stated appearances.

Parties were before an Administrative Law Judge with the National Labor Relations Board (NLRB) in September for hearing. No final decision yet. Parties agree appeal of that decision likely. Timeline is difficult to predict.

Parties agreed stay is appropriate until conclusion of NLRB proceedings. Court continued the matter to September 6, 2022 at 2:30PM for status.

**Further Case Management Conference set for September 6, 2022 at 2:30PM. Joint cmc statement due August 30, 2022.**